■ PHYLLIS PASQUA, Respondent, v GRACE PASQUA, Appellant. (Action No. 1.) GRACE DANIEL REALTY CORP. et al., Appellants, v PHYLLIS PASQUA, Individually and as Trustee of a Trust Created by DANIEL PASQUA, Deceased, et al., Respondents, et al., Defendants. (Action No. 2.) [622 NYS2d 34] —Order, Supreme Court, Bronx County (Howard Silver, J.), entered September 9, 1994, which granted plaintiff's motion to withdraw her demand for jury trial or to treat such demand as a nullity, unanimously affirmed, without costs.

There is no right to a jury trial here, the essence of plaintiff's action and defendant's counterclaims involving their respective rights to the corpus of a trust being equitable in nature *(see, Magill v Dutchess Bank & Trust Co.,* 150 AD2d 531, 531-532), and defendant's incidental request for money

damages does not require otherwise *(see, Homburger v Levitin,* 140 AD2d 583, 584, *lv denied* 73 NY2d 701). Concur—Sullivan, J. P., Ellerin, Ross, Asch and Williams, JJ.